IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATIFF A. HADI,<br>   Petitioner, | : | |
| | : | |
|           v. | : | CIVIL ACTION 19-2526 |
| | : | |
| THOMAS MCGINLEY,<br>   Respondents. | : | |

# ORDER

**AND NOW**, this   16th   day of August, 2022, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, and Petitioner's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk shall **CLOSE** this case.

                              BY THE COURT:


                              **/s/ Jeffrey L. Schmehl**
                              Jeffrey L. Schmehl, J.